# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

ROBERT L. HOLLEMAN, )
)
    Plaintiff, )
  vs. ) No. 1:11-cv-323-TWP-DKL
)
ARAMARK CORPORATION, et al., )
)
    Defendants. )

## Entry Concerning Selected Matters

The court, having considered the above action and the matters which are pending, makes the following rulings:

1. The **clerk shall** include a copy of the docket sheet and a copy of Local Rule 6-1 with the plaintiff's copy of this Entry.

2. In his motion for clarification filed on March 22, 2013, the plaintiff asks the Court to reconsider its orders on the defendants' motion to vacate all case management deadlines and stay discovery and the defendants' motion for an extension of time to file dispositive motions. The plaintiff asserts that the defendants failed to attempt to confer with him regarding these motions, but should have done so pursuant to Local Rule 6-1. The text of Local Rule 6-1 requires parties to attempt to obtain agreement on extensions of time only when all parties are represented by counsel. Accordingly the motion for clarification [Dkt. 104], treated as a motion to reconsider, is **denied**.

3. In his motion for clarification filed on March 21, 2013, the plaintiff asks the Court to clarify whether it is considering his motion for leave to file surreply and explain what the Court meant in its Entry of March 14, 2013, when it directed the clerk to administratively terminate the motion flag associated with that filing. The motion for clarification [Dkt. 103] is **granted** to the extent that the plaintiff is provided with the following information: In its Entry Concerning Selected Matters issued on March 14, 2013, the court granted the motion to strike surreply and the court will not be considering the plaintiff's surreply. For the reasons given in that Entry, the plaintiff's motion for leave to file surreply is **denied**. The court's directions to the clerk to administratively terminate the motion involved administrative matters only.

4. The plaintiff's motion to strike defendants' motion for enlargement of time [Dkt. 84] is treated as a motion to reconsider the ruling of January 31, 2013 and as so treated, the motion [Dkt. 84] is **denied**.

5. The plaintiff's motion for leave of the court to file two separate requests for production of documents to non-parties [Dkt. 90] is **granted** to the extent that the **clerk shall** include two endorsed but otherwise blank subpoenas with the plaintiff's copy of this Entry. The plaintiff is responsible for ensuring that the subpoenas are properly served.

**IT IS SO ORDERED.**

Date: 04/05/2013

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

ROBERT HOLLEMAN
10067
PENDLETON - CF
PENDLETON CORRECTIONAL FACILITY
Inmate Mail/Parcels
4490 West Reformatory Road
PENDLETON, IN 46064

All Electronically Registered Counsel

**Note to Clerk: Processing this document requires actions in addition to docketing and distribution.**